**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, RICK BOGGS, GERALDINE CROOM, ROCHELLE HOUSTON, and TINA THOMAS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RIDECHARGE, INC., ADMINISTRATIVE SERVICES COOPERATIVE, INC., LA TAXI COOPERATIVE, INC., and SOUTH BAY YELLOW CAB COOPERATIVE, INC.,<br><br>        Defendants. | **Case No. 2:14-cv-2490**<br><br>**ORDER GRANTING JOINT REQUEST TO REOPEN ACTION** |

On March 4, 2015, all parties jointly informed this Court in a Notice of Settlement [Docket No. 42] that the parties had reached an agreement in principle with respect to the terms of a settlement.  This Court subsequently issued an ORDER OF DISMISSAL [Docket No. 43] on March 5, 2015, which dismissed the action without prejudice subject to either party reopening the action on or before May 4, 2015.

On May 4, in a Joint Request to Reopen the Action [Docket No. 44], the parties notified the Court that they need an additional 30 days to finish the terms of the settlement agreement.  Pursuant to the jurisdiction retained by the Court in its March 5, 2015 Order, this action is hereby reopened for a period of 30 days until June 3, 2015.  The Court's Order of Dismissal is hereby stayed until then.

**IT IS SO ORDERED.**

DATED: May 6, 2015

_____
The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

*National Federation of the Blind, et al., v. Ridecharge, et al.*
CASE NO. 14-CV-2490-JFW-JEM
**ORDER GRANTING JOINT REQUEST TO REOPEN ACTION**